UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO.: 5:95cr5030-SPM

LUIS GATO,

    Defendant.
_____/

**<u>ORDER DENYING MOTION FOR REDUCTION OF SENTENCE</u>**

THIS CAUSE comes before the Court upon Defendant Luis Gato's letter dated August 10, 2011, requesting a sentence reduction under the Fair Sentencing Act and 18 U.S.C. § 3582(c)(2). Doc. 77. Defendant also filed a memorandum (doc. 78) and the Government filed a response (doc. 80).

Because Defendant was held accountable for 8.4 kilograms or more of cocaine base[1], his guideline range does not change when the guideline amendments are applied. Therefore, the Court is without jurisdiction to reduce Defendant's sentence. See <u>United States v. Jones</u>, 548 F.3d 1366, 1369 (11th Cir. 2008) (district court lacks authority to educe a sentence based on a

---

[1] Defendant was held responsible for between 20 to 30 kilograms of cocaine base, not powder cocaine as he states in his memorandum (doc. 78).

retroactive guideline amendment when the amendment does not reduce the defendant's guideline range). Accordingly, it is

ORDERED AND ADJUDGED: Defendant's motion for reduction of sentence (doc. 77) is denied.

DONE AND ORDERED this 4th day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge